UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:14-M-1058

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| KAITLIN M. CUSICK ) | |

The Government's motion is hereby granted. The case is dismissed.

July 10, 2014
DATE:

Robert Jones
ROBERT B. JONES, JR.
UNITED STATES MAGISTRATE JUDGE